

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00621-CV

**HOLT TEXAS, LTD.** d/b/a Holt Cat and d/b/a Holt Rental Services,
Appellant

v.

**M&M CRUSHED STONE PRODUCTS, INC.,**
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-07186
Honorable Antonia Arteaga, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the order of the trial court is REVERSED, and judgment is RENDERED that appellee's claim for tortious interference with prospective business relations is DISMISSED. The cause is remanded to the trial court to determine the amount appellant should be awarded under section 27.009(a) of the Texas Citizens Participation Act. It is ORDERED that appellant recover its costs of this appeal from appellee.

SIGNED August 22, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice